**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

TYWASKI KING                                  CIVIL ACTION NO. 16-1745

VERSUS                                        JUDGE S. MAURICE HICKS, JR.

JAMES M. LeBLANC, ET AL.                      MAGISTRATE JUDGE HORNSBY

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss (Record Document 15) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 7th day of August, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE