UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| TYWASKI KING | : | CIVIL ACTION NO. 5:16-CV-1745 |
| VERSUS | : | JUDGE HICKS |
| JAMES M. LEBLANC, ET AL. | : | MAGISTRATE JUDGE HORNSBY |

## JOINT MOTION FOR DISMISSAL

**NOW INTO COURT** come the plaintiff, **TYWASKI KING,** proceeding through his attorney of record, **LAKEISHA J. JOHNSON**, and the defendants **GARY CARTER, JERRY GOODWIN, JOHN HUEY AND JAMES LEBLANC**, proceeding through their attorney of record, **E. DAVID GILMER**, upon representing to the Court that all claims asserted by Plaintiff against Defendants herein have been settled, hereby jointly move that the above numbered and captioned cause be dismissed with prejudice from the docket of this Court.

WHEREFORE, APPEARERS PRAY that the above numbered and captioned cause be fully and finally dismissed from the docket of this Court with prejudice.

Respectfully submitted,

**MOTION PREPARED**

BY: /s/ E. David Gilmer
E. David Gilmer (LSBA # 22908)
Assistant Attorney General
330 Marshall Street, Suite 777
Shreveport, LA 71101
Tele: (318) 676-5710
Fax: (318) 676-5703
Email: gilmerd@ag.louisiana.gov
ATTORNEY FOR DEFENDANTS

**APPROVED AS TO FORM/CONTENT:**

BY: _____
LaKeisha J. Johnson (Bar Roll #29920)
Attorney at Law
700 University Avenue
Stubbs 222
Monroe, LA 71203
Tele: (318) 600-5840
Fax: (318) 302-2064
Email: ljjohnson@thejohnsonfirmllc.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Joint Motion to Dismiss and Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

A courtesy copy of this filing will be forwarded to the Honorable S. Maurice Hicks, Jr., United States District Judge.

Shreveport, Louisiana, this 17th day of March, 2022.

/s/ E. David Gilmer
E. DAVID GILMER